WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Barbara Eberle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO.   2:07 CR 366 GEB** |
| Plaintiff, ) | |
| v. ) | **WAIVER OF DEFENDANT'S** |
| BARBARA EBERLE, ) | **PERSONAL APPEARANCE** |
| Defendant. ) | |

    Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were

\\\
\\\
\\\
\\\

1 personally present; and further agrees to be present in person in Court, ready for trial, on any day
2 which the Court may fix in his absence.

DATED: August 28, 2008

/s/ Barbara Eberle
_____
BARBARA EBERLE
Defendant

DATED: August 28, 2008

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant

**IT IS SO ORDERED, with the understanding that the defendant will appear at the trial confirmation, unless an order issues allowing defendant to waive that appearance.   See Rule Crim 17.1-450**.

Dated:  August 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge