**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**BARBARA EBERLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-07-366 GEB |
| | ) |
| | ) [PROPOSED] ORDER CONTINUING |
| Plaintiff, | ) SENTENCING HEARING |
| | ) |
| v. | ) |
| | ) Time:   9:00 a.m. |
| Barbara Eberle, et al. | ) Date:    December 6, 2013 |
| | ) Judge:  Garland E. Burrell, Jr. |
| | ) |
| Defendant. | ) |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above-captioned case for defendant BARBARA EBERLE, presently set for December 6, 2013, at 9:00 a.m., be continued to **February 7, 2014** at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge