**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
　**1477 Drew Avenue, Suite 106**
　**Davis, California 95618**
　**Telephone:   530.759.0700**
　**Facsimile:    530.759.0800**

**Attorney for Defendant**
**BARBARA EBERLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-366 GEB |
| ) | |
| ) | STIPULATION AND [PROPOSED] |
| Plaintiff, ) | ORDER CONTINUING SENTENCING |
| ) | HEARING |
| v. ) | |
| ) | |
| BARBARA EBERLE, et al. ) | Time:   9:00 a.m. |
| ) | Date:    February 14, 2014 |
| ) | Judge:  Garland E. Burrell, Jr. |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties, UNITED STATES OF AMERICA, through its undersigned counsels of record, Assistant United States Attorney Lee S. Bickley, and defendant BARBARA EBERLE, through her undersigned counsel of record, Joseph J. Wiseman, that the Sentencing Hearing presently set for **February 14, 2014**, be continued to **March 7, 2014**, at 9:00 a.m.

   The parties are entering this Stipulation due to a conflict with the February 14, 2014 date.  Further, this continuation permits defendant BARBARA EBERLE and her husband, defendant ROBERT EBERLE, to be sentenced on the same date.

/ / / / /

/ / / / /

1  IT IS SO STIPULATED.

2

3  Dated:  January 22, 2014                    Respectfully submitted,

4                                              WISEMAN LAW GROUP, P.C.

5                                              By: /s/ Joseph J. Wiseman
6                                              JOSEPH J. WISEMAN

7                                              Attorney for Defendant
8                                              Barbara Eberle

9

10 Dated:  January 22, 2014                    BENJAMIN B. WAGNER
11                                             United States Attorney

12                                             By:  /s/ Lee S. Bickley
                                               LEE S. BICKLEY
13                                             Assistant U.S. Attorneys

14                                             Attorneys for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**BARBARA EBERLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-07-366 GEB |
| | ) |
| | ) STIPULATION AND [PROPOSED] |
| Plaintiff, | ) ORDER CONTINUING SENTENCING |
| | ) HEARING |
| v. | ) |
| Barbara Eberle, et al. | ) Time:  9:00 a.m. |
| | ) Date:   February 14, 2014 |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above-captioned case for defendant BARBARA EBERLE, presently set for February 14, 2014, at 9:00 a.m., be continued to **March 7, 2014** at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge