JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

Attorney for Defendant
BARBARA EBERLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>BARBARA EBERLE, et al.<br><br>                Defendant. | Case No. CR-07-366 GEB<br><br>**DEFENDANT BARBARA EBERLE'S EX PARTE APPLICATION FOR TRAVEL EXPENSES AND PROPOSED ORDER**<br><br>Time:   9:00 a.m.<br>Date:   March 7, 2014<br>Judge:  Garland E. Burrell, Jr. |

## INTRODUCTION

Defendant BARBARA EBERLE hereby requests the Court authorize travel expenses to and from this court for the purpose of attending her Judgment and Sentencing hearing, pursuant to 18 U.S.C. § 4285. Ms. Eberle is unable to afford her own transportation costs from her residence to the sentencing scheduled for March 7, 2014.

Under § 4285, the Court may, after determining that "the defendant is financially unable to provide the necessary transportation to appear before the required court on her own, direct the United States marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where her appearance is required, and in addition may direct the United States Marshal to

1 furnish that person with an amount of money for subsistence expenses to her
2 destination, not to exceed the amount authorized as a per diem allowance for travel
3 under § 5702(a) of title 5, United States Code." 18 U.S.C. § 4285.

4     Mrs. Eberle qualifies for appointed counsel under the Criminal Justice Act. She
5 works part-time as a math tutor and is the sole breadwinner for her and her husband.
6 She lives in Oxford, Georgia. Though she has paid her own way to California for
7 previous court appearances, due to her husband's medical bills, she can no longer afford
8 the airfare to and from Atlanta, Georgia, to Sacramento, California.

9     For these reasons, Mrs. Eberle respectfully requests that the Court order the
10 United States Marshal's Service to provide transportation to and from Sacramento,
11 California, for Mrs. Eberle's sentencing hearing on March 7, 2014, as well as provide
12 subsistence expenses for travel.

Dated: January 23, 2014            Respectfully submitted,

                                               By: /s/ Joseph J. Wiseman
                                                    JOSEPH J. WISEMAN
                                                    Attorney for Defendant
                                                    BARBARA EBERLE

## ORDER

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

    GOOD CAUSE APPEARING, it is hereby ordered that the UNITED STATES MARSHAL SERVICE is authorized and directed to furnish the above named defendant, BARBARA EBERLE, with transportation to Sacramento, Calif. from Atlanta, Georgia, on Thursday, March 6, 2014, and returning to Atlanta, Georgia, on March 7, 2014. Mrs. Eberle is ordered to appear before this court on March 7, 2014, at 9:00 a.m., and is unable to afford her own transportation.

1    Further, the UNITED STATES MARSHAL SERVICE is directed to furnish
2 BARBARA EBERLE with an amount of money for subsistence expenses to and from her
3 destination, not to exceed the amount authorized as a per diem allowance for travel
4 under § 5702(a) of Title 5, United States Code.
5 IT IS SO ORDERED.
6 Dated:  January 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge