KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)
Email: karenlandau@karenlandau.com

Attorney for Barbara Eberle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>BARBARA EBERLE,<br><br>　　　Defendant. | ) CR 07-366-GEB<br>)<br>) PROPOSED ORDER DIRECTING COURT<br>) REPORTER TO PREPARE AND PRODUCE<br>) TO APPELLATE COUNSEL<br>) TRANSCRIPTS OF PROCEEDINGS<br>) CURRENTLY UNDER SEAL<br>)<br>) |

　　　GOOD CAUSE APPEARING, Court Reporter Michelle Babbitt or her substitute shall prepare and deliver to Karen L. Landau, appellate counsel under appointment by the United States Court of Appeals for the Ninth Circuit, a complete and full copy of the transcripts of the proceedings heard in this matter currently filed under seal.

　　　IT IS SO ORDERED.

　　　Dated:  May 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-1-