UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARBARA EBERLE,<br><br>    Defendants. | No.  2:07-CR-0366 KJM<br><br>ORDER |

        Defendant Barbara Eberle moves for early termination of supervised release. Mot., ECF No. 400. The government has opposed. Opp'n, ECF No. 401. The court, having considered the parties' filings, finds no reason to reconsider its previous order denying defendant's prior motion for early termination of supervised release. ECF No. 398.

        The court does not reach the merits of defendant's motion because defendant has not alerted the court to any changed circumstances that would warrant a different sentence from that originally imposed or would implicate this court's analysis in its March 20, 2020 decision. Accordingly, plaintiff's motion is DENIED with prejudice.

        IT IS SO ORDERED.

DATED: October 1, 2020.

CHIEF UNITED STATES DISTRICT JUDGE